## IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2379 Disciplinary Docket No. 3 |
| Petitioner | : | No. 164 DB 2016 |
| v. | : | Attorney Registration No. 49522 |
| JEFFREY ALAN HULTON, | : | (Allegheny County) |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 12th day of June, 2017, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Jeffrey Alan Hulton is suspended on consent from the Bar of this Commonwealth for a period of one year and one day. The suspension is stayed in its entirety, and he is placed on probation for a period of two years, subject to the following conditions:

1. Respondent shall continue treatment with a mental healthcare professional as recommended by Dr. Burton Singerman, M.D., M.P.H.;

2. Respondent shall cooperate with the directions of the mental healthcare professional supervising his treatment, take medications as prescribed, and engage in therapy and counseling sessions as directed;

3. Respondent shall cause the mental healthcare professional supervising his treatment to make written reports, attaching treatment notes, to the Secretary of the Board on a quarterly basis during his probation;

4.  The written reports shall verify Respondent's continued counseling and treatment;

5.  Respondent shall continue treatment with a physician with regard to his Type II Diabetes;

6.  Respondent shall cooperate with directions of his physician supervising his treatment, including, but not limited to, taking all prescribed medications;

7.  Respondent shall obtain a practice monitor, approved by the Office of Disciplinary Counsel, who will meet with Respondent at Respondent's office and make quarterly reports to the Secretary of the Board;

8.  Respondent shall submit quarterly reports and documentation to Petitioner in which he attests to his compliance with Rule of Professional Conduct 1.15;

9.  At the conclusion of the prescribed period of probation, Respondent shall apply for termination of probation in accordance with §89.294 of the Disciplinary Board Rules; and

10. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).